```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:04CR40028-FDS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 641 -- |
| DONNA FARRELL | ) | Theft of Government |
| | ) | Property |

INDICTMENT

COUNT ONE:     (18 U.S.C. § 641 -- Theft of Government Property)

The Grand Jury charges that:

From on or about September 1, 1995, through July 31, 2001, at Whitinsville, in the District of Massachusetts,

DONNA FARRELL,

defendant herein, pursuant to a common scheme and plan, embezzled, stole, purloined and knowingly converted to her own use, money totaling approximately $65,795.7900 belonging to the United States and a department and agency thereof, to wit: Social Security benefits to which she was not entitled.

All in violation of Title 18, United States Code, Section 641.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. The conduct that is the subject of Count One involved a loss that was more than $30,000 but less than $70,000, as described in U.S.S.G. § 2B1.1(b)(1)(D).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
DONALD L. CABELL
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS                                    Dec. 8, 2004


Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** OIG/SSA

**City** Whitinsville     **Related Case Information:**

**County** Worcester

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Donna Farrell     Juvenile [ ] Yes [X] No

**Alias Name**

**Address** 1623 Providence Road, Northbridge, MA

**Birth date:** 1962   **SS#:** 2716   **Sex:** F   **Race:** White   **Nationality:** American

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** Donald L. Cabell    **Bar Number if applicable** _____

**Interpreter:** [ ] Yes [X] No    **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes [X] No

[ ] Warrant Requested    [X] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint [ ] Information [X] Indictment

**Total # of Counts:** [ ] Petty [ ] Misdemeanor [X] Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** December 8, 2004    **Signature of AUSA:** /s/ Donald Cabell

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Donna Farrell

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §641 | Theft of Government Property | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:  OIG/SSA

farrell js45 indictment.wpd - 3/13/02