# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF: **USA** v.s. **Donna Farrell**
FOR: Arraignment for Criminal Indictment
AT: US District Court, 1 Court Way, Boston MA 02210

FILED CLERKS OFFICE
2004 DEC 30 P 12:03
U.S. DISTRICT COURT
DISTRICT OF M[A]

PERSON REPRESENTED (Show your full name): **Donna Marie Farrell**

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: **04-40028 FDS**
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

## ANSWER QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Mendon Police Dept - Town of Mendon 01756, 22 Main St.
- IF YES, how much do you earn per month? $ 2,328.00
- IF NO, give month and year of last employment: _____
- How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes  ☑ No  Retired Disable
- IF YES, how much does your Spouse earn per month? $ 2,368.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - $ 175,000 — Ranch home OWE 127,000
  - $ 27,000 — Bomber tried selling past 2 yrs unable to
  - $ 12,000 — Chev Tahoe
  - $ 1,000 — Chev Blazer - son's car though

**DEPENDENTS**
- MARITAL STATUS: ☑ MARRIED  ☐ SINGLE  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 5
- List persons you actually support and your relationship to them:
  - Michael Farrell - spouse
  - myself
  - Michael Farrell II - son
  - Joshua Farrell - son
  - DawnMarie Farrell - daughter

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | Home | | $ 127,000 | $ 1,127.00 |
| | Benifica and Morace | | $ 15,000 | $ 188.00 |
| | Citi Finance | | $ 5,000 | $ 183.00 |
| | Sears | | $ 250.00 | $ 40.00 |
| | Radio Shack | on back more | $ 700.00 | $ 40.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **12/29/04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Donna Farrell*

| | | |
|---|---|---|
| Capital one | 430.00 | 50.00 |
| ~~Orchard~~ First prime | 200.00 | 20.00 |
| Com Gas | | 170.00 |
| Mass Electric | | 131.00 |
| Verizon - | | 70.00 |
| Cable | | 89.00 |
| Car Insurance | | 260.00 |
| JC Penny Life Ins | | 14.98 |
| Verterus Life Ins | | 16.98 |
| Town water | | 25.00 |
| Trash | | ~~65.00~~ |
| Chase | 3,000 | $100.00 |

Starting In January michael will work part-time 2 day a week 160.00 weekly