| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Michael Farrell   B. Date of Delivery: 12-22-04<br>C. Signature<br>X [signature]   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br><br>Donna Farrell<br>1623 Providence Road<br>Northbridge, MA 01534 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D. |
| 2. Article Number (Copy from service label)<br>7004 0750 0002 7861 5133 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789