UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>DONNA FARRELL     )<br>) | CR. NO. 04-40028-FDS |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(A)**

Pursuant to Local Rule 116.5(A), the United States and Defendant Donna Farrell (collectively, the "parties") state as follows:

(1) The parties do not seek relief from the applicable timing requirements imposed by L.R. 116.3.

(2) The government does not anticipate that it would call any expert witnesses were the case to go to trial.  To the extent the possibility exists, the defendant requests discovery concerning expert witnesses.  The parties propose that the government be required to disclose such discovery 30 days prior to trial, and that the defendant be required to provide reciprocal discovery 14 days prior to trial.

(3) The government anticipates providing additional discovery.

(4) The defendant is unsure but believes it is possible he will file one or more dispositive motions, and therefore requests that a motion date for filing such pretrial motions be established under Fed. R. Crim. P. 12(c).

(5) The parties propose that the Court enter an order

excluding the 28-day time period following the defendant's arraignment, as well as the time period from the initial to the final status conference.

(6) At present, the parties are unsure whether the case will go to trial, but estimate a trial would last approximately two to three days.

(7) The parties propose that the Court convene a final status conference in late March, 2005.

| | |
|---|---|
| DONNA FARRELL<br>By Her Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/Walter S. Underhill<br>WALTER H. UNDERHILL, ESQ.<br>66 Long Wharf, 4th Floor<br>Boston, MA 02110<br>(617) 523-5858 | /s/Donald L. Cabell<br>DONALD L. CABELL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3105 |

February 14, 2005