# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 04-40028-FDS
DONNA FARRELL,                 )
          Defendant,           )
_____)
```

### INITIAL STATUS REPORT
### February 14, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. Discovery

The Government has made initial discovery to Ms. Farrell but anticipates providing additional discovery. Ms. Farrell needs additional time to review discovery produced by the Government and has requested dates for the filing of dispositive motions. I have granted that request.

2. Substantive Motions

Ms. Farrell shall have until March 15, 2005 to file substantive motions and the Government shall respond to those motions by March 29, 2005.

3. <u>Final Status Conference</u>

A final status conference shall be held in this case on March 31, 2005, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

4. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 17, 2005 (date of expiration of prior order of excludable time) through March 29, 2005 (date by which the Government is to file its opposition to Ms. Farrell's substantive motions). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, June 7, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE