UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>         v.       )<br>    )<br>DONNA FARRELL,       )<br>    Defendant,       )<br>    ) | **CRIMINAL ACTION<br>NO. 04-40028-FDS** |

**ORDER OF EXCLUDABLE TIME**
**February 14, 2005**

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 17, 2005 (date of expiration of prior order of excludable time) through March 29, 2005 (date by which the Government is to file its opposition to Ms. Farrell's substantive motions) shall be excluded from the Speedy Trial Act.

                                                  /s/Charles B. Swartwood, III
                                                  CHARLES B. SWARTWOOD, III
                                                  CHIEF MAGISTRATE JUDGE