UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-40028-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| DONNA FARRELL | ) | |
| | ) | |

**ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorneys United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the status conference in this matter, presently scheduled for March 31, 2005, to April 7, 2005, at 2:00 p.m., to accommodate respective counsels' schedules.  The undersigned AUSA has spoken with the defendant's counsel and he assents to the motion, and further agrees that the time encompassed by the continuance should be excluded for purposes of the Speedy Trial Act.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                       BY:   /s/Donald L. Cabell
                             Donald L. Cabell
                             Assistant U.S. Attorney
                             One Courthouse Way, Suite 9200
                             Boston, MA 02210
                             (617) 748-3105

March 31, 2005