# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                            )
UNITED STATES OF AMERICA,   )
                            )
                            )
         v.                 )    CRIMINAL ACTION
                            )    NO. 04-40028-FDS
DONNA FARRELL,              )
         Defendant,         )
_____)
```

### STATUS REPORT
### April 8, 2005

**SWARTWOOD, C.M.J.**


The following is a Status Report to Saylor, J. to whom this case is assigned:

1.  <u>Plea Negotiations</u>

Counsel for the parties have requested additional time to initiate and complete plea negotiations. I have granted that request.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on May 5, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.    <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 29, 2005 (date of expiration of prior order of excludable time) through May 5, 2005 (date by which plea negotiations should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, July 14, 2005</u>.


                                    <u>/s/Charles B. Swartwood, III</u>
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE