UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 04-40028-FDS |
| | ) | |
| v. | ) | |
| | ) | |
| DONNA FARRELL | ) | |
| | ) | |

**JOINT MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the United States and Defendant Donna Farrell (collectively, the "parties") state as follows:

(1) Discovery is substantially complete. The government has been attempting to obtain some additional documents reflecting certain bank deposits and expects to receive and disclose those within the next two weeks.

(2) Aside from the discovery referenced above, the parties presently do not anticipate the need for additional discovery. Should the need arise, the parties do not anticipate there will be any issues that need to be resolved by the Court.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not formally requested notice of an alibi by the defendant.

(5-6) The defendant does not presently intend to file any dispositive motions.

(7) The parties presently believe that the case is likely to

be resolved without a trial.

    (8) The parties respectfully request that the Court convene a final status conference on May 31, 2005, at 2:15 p.m., and agree that the time until then is excludable under the STA.

| | |
|---|---|
| DONNA FARRELL<br>By Her Attorney | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: |
| /s/Walter S. Underhill<br>WALTER H. UNDERHILL, ESQ.<br>66 Long Wharf, 4th Floor<br>Boston, MA 02110<br>(617) 523-5858 | /s/Donald L. Cabell<br>DONALD L. CABELL<br>Assistant U.S. Attorney<br>U.S. Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3105 |

May 5, 2005