# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____  )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
        v.                           )   **CRIMINAL ACTION**
                                     )   **NO. 04-40028-FDS**
DONNA FARRELL,                       )
        Defendant,                   )
_____  )

### STATUS REPORT
### June 1, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Plea Negotiations

Counsel for the parties are waiting for documents from a bank which are necessary for the parties to complete plea negotiations. The parties have requested a continuance in order to obtain those documents. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on June 29, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 31, 2005 (date of expiration of prior order of excludable time) through June 29, 2005 (date by which the parties expect to conclude plea negotiations). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, September 7, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE