**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 04-40028-FDS** |
| DONNA FARRELL, | ) | |
| Defendant, | ) | |

**ORDER OF EXCLUDABLE TIME**
**June 1, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161
(b)(1)(F), as interpreted by the United States Court of Appeals for
this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir.
1982)), that the period from May 31, 2005 (date of expiration of
prior order of excludable time) through June 29, 2005 (date by
which the parties expect to conclude plea negotiations) shall be
excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE