# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                                   |   |                              |
|-----------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>DONNA FARRELL,<br>    Defendant, | ) ) ) ) ) ) ) ) ) ) | **CRIMINAL ACTION**<br>**NO. 04-40028-FDS** |

## STATUS REPORT
## June 29, 2005

SWARTWOOD, C.M.J.

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Ms. Farrell's counsel just received certain relevant bank documents consisting of a couple hundred pages and has requested additional time to review these documents with his client. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on August 5, 2005, at 9:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 29, 2005 (date of expiration of prior order of excludable time) through August 5, 2005 (date by which Ms. Farrell and her counsel will have completed their review of discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, October 14, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE