UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL ACTION
) NO. 04-40028-FDS
DONNA FARRELL, )
    Defendant, )

ORDER OF EXCLUDABLE TIME
June 29, 2005

SWARTWOOD, C.M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 29, 2005 (date of expiration of prior order of excludable time) through August 5, 2005 (date by which Ms. Farrell and her counsel will have completed their review of discovery produced by the Government) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE