UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )  | |
| ) | |
| v. ) | |
| ) | |
| DONNA FARRELL ) | CR. NO. 04-40028-FDS |

**MEMORANDUM**
**PURSUANT TO LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C), the United States and Defendant Donna Farrell (collectively, the "parties") state as follows:

(1) The defendant is still in the process of reviewing materials provided through discovery and expects to complete that review within four weeks. That being said, the parties do not believe there are any issue that need to be presented to or resolved by the Court.

(2) The government does not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The government has not requested notice of an alibi by the defendant.

(5-6) The defendant presently does not intend to file any dispositive motions but respectfully reserves the right to seek leave upon completion of review of the discovery to file such a motion should it be appropriate to do so.

(7-8) Presently, the parties believe the case will be resolved without trial by way of a change of plea; accordingly, no trial is anticipated.

(9)    The Court had previously exclude the time from the parties' last status conference to August 5, 2005.  The parties agree that the time from August 5, 2005 to the anticipated but as yet unscheduled final status conference is excludable for purposes of the Speedy Trial Act.

| | |
|---|---|
| DONNA FARRELL | MICHAEL J. SULLIVAN |
| By Her Attorney | United States Attorney |
| | By: |
| /S/Walter H. Underhill | /s/Donald L. Cabell |
| WALTER H. UNDERHILL, ESQ. | DONALD L. CABELL |
| 66 Long Wharf, 4th Floor | Assistant U.S. Attorney |
| boston, MA 02110 | U.S. Courthouse |
| | 1 Courthouse Way |
| | Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3105 |