UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA, )<br>    )<br>    )<br>    v.    )<br>    )<br>DONNA FARRELL, )<br>        Defendant, )<br>_____) | CRIMINAL ACTION<br>NO. 04-40028-FDS |

STATUS REPORT
August 8, 2005

**SWARTWOOD, C.M.J.**

   The following is a Status Report to Saylor, J. to whom this case is assigned:

   1.   Discovery

   Counsel for Ms. Farrell has requested additional time to complete his review of discovery with his client.  I have granted that request.

   2.   Further Status Conference

   A further status conference shall be held in this case on August 31, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

   3.   Excludable Time

   With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from August 5, 2005 (date of expiration of prior order of excludable time) through August 31, 2005 (date by which discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, November 9, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE