UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONNA FARRELL, )<br>      Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-40028-FDS** |

**ORDER OF EXCLUDABLE TIME**
**August 8, 2005**

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 5, 2005 (date of expiration of prior order of excludable time) through August 31, 2005 (date by which discovery shall be completed) shall be excluded from the Speedy Trial Act.

                                      <u>/s/Charles B. Swartwood, III</u>
                                      CHARLES B. SWARTWOOD, III
                                      CHIEF MAGISTRATE JUDGE