UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-40028–FDS |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| DONNA FARRELL | ) | |

MOTION TO CONTINUE STATUS CONFERENCE

    Now comes the defendant, Donna Farrell, through and by her attorney and moves that this status conference scheduled for August 31, 2005 be continued for one month.

    In support of this motion the defendant states that additional time is necessary for review of the discovery in this matter in order to accurately report to the court whether the case should be set down for trial or a Rule 11 hearing before the district judge.

    The defendant,
DONNA FARRELL
By her attorney,


'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

## *SPEEDY TRIAL WAIVER*

The defendant agrees that the time from and including August 31, 2005 until the next scheduled final status hearing set by the Court is excludable time under the Speedy Trial Act and hereby waives said time.

SIGNED:    '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.

DATE:                August 31, 2005

## RULE 7.1 CERTIFICATION

The parties have not had an opportunity to confer on this motion. AUSA Donald Cabel is on vacation until September 6, 2005.

SIGNED:    '/s/Walter H. Underhill, Esquire'

DATE:      _____