UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   **CRIMINAL ACTION**
                               )   **NO. 04-40028-FDS**
DONNA FARRELL,                 )
         Defendant,            )
_____)

**STATUS REPORT**
**September 14, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Motion To Continue Status Conference (Docket No. 26)

Counsel for Ms. Farrell has filed a motion requesting additional time to review discovery in this matter in order to determine whether or not this case can be resolved without a trial. That motion is allowed.

2. Further Status Conference

A further status conference shall be held in this case on September 27, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Ms. Farrell, I am excluding from the Speedy Trial Act, the period from August 31, 2005 (date of expiration of prior order of excludable time) through September 27, 2005 (date by which Ms. Farrell's review of discovery should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, December 6, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE