# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                             )<br>)<br>DONNA FARRELL,              )<br>        Defendant,       )<br>_____) | **CRIMINAL ACTION**<br>**NO. 04-40028-FDS** |

**FINAL STATUS REPORT**
**September 28, 2005**

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Plea Negotiations</u>

Counsel for the parties report that they believe they have resolved this case without a trial and have requested that the case be returned to the District Judge for the scheduling of a status conference at which this case will either be scheduled for a Rule 11 hearing or a pretrial conference. Therefore, since there is a substantial likelihood that this case will be resolved, I am returning this case to the District Judge for all further proceedings.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through September 27, 2005. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, December 6, 2005</u>.

                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE