UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Criminal No. 04-40028–FDS |
| ) | |
| ) | |
| V.                                                     ) | |
| ) | |
| ) | |
| DONNA FARRELL                        ) | |

MOTION TO CONTINUE STATUS CONFERENCE

    Now comes the defendant, Donna Farrell, through and by her attorney and moves that this status conference scheduled for October 31, 2005 be continued.

    In support of this motion the defendant states that he will resume trial in the case of United States v. Stephen Mazzola, et al before (Stearns, J.) and that this trial is expected to last three to four weeks. Should this case be continued, counsel would ask the court not to schedule a new hearing during the time period of December 13th through December 26th, 2005 for the reason that counsel will be out of the country with his family during that time.

                                                     The defendant,
                                                     DONNA FARRELL
                                                     By her attorney,


                                                     '/s/Walter H. Underhill, Esquire'
                                                     Walter H. Underhill, Esq.
                                                     66 Long Wharf
                                                     Boston, MA
                                                     02110
                                                     4th. Floor
                                                     Tel. # 617-523-5858
                                                     B.B.O. # 506300

## *SPEEDY TRIAL WAIVER*

The defendant agrees that the time from and including October 31, 2005 until the next scheduled hearing set by the Court is excludable time under the Speedy Trial Act and hereby waives said time.

SIGNED:     '/s/Walter H. Underhill, Esquire'
            WALTER H. UNDERHILL, ESQ.

DATE:                October 28, 2005


## RULE 7.1 CERTIFICATION

The parties have conferred on this motion. AUSA Donald Cabel assents to this motion.

SIGNED:     '/s/Walter H. Underhill, Esquire'

DATE:                October 28, 2005