UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Criminal No. |
| ) | 04-40028-FDS |
| DONNA FARRELL,  ) | |
| ) | |
| Defendant.  ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On October 28, 2005, defendant filed an assented-to motion to continue the Status Conference scheduled for October 31, 2005. In support of the motion, counsel for the defendant cited his involvement in a trial expected to last three to four weeks. To accommodate that request, the Status Conference was rescheduled for December 1, 2005 at 3:00 p.m.

On motion of the defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from October 31, 2005, through December 1, 2005, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated:  October 28, 2005