UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES of AMERICA,  ) | |
| Plaintiff,  ) | |
| v.  ) | Criminal No. |
| ) | 04-40028-FDS |
| DONNA FARRELL,  ) | |
| Defendant.  ) | |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On December 1, 2005, defendant requested a continuance in order to permit additional time for the parties to engage in discussions concerning whether this case will proceed to trial. Defense counsel informed the Court that he has international travel plans in upcoming weeks. To accommodate the schedule of defense counsel and to permit further plea discussions, the request was granted, and this matter is now scheduled for a pretrial conference on January 13, 2006.

On motion of the defendant, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from December 1, 2005, through January 13, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: December 1, 2005                           United States District Judge