UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-40028–FDS |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| DONNA FARRELL | ) | |

MOTION TO CONTINUE STATUS CONFERENCE

     Now comes the defendant, Donna Farrell, through and by her attorney and moves that this status conference scheduled for January 13, 2006 be continued.

     In support of this motion the defendant's counsel states that he is currently afflicted with a severely infected tooth and jaw. Counsel has been on antibiotics for over two and one half weeks. As such, the tooth needs to be extracted as soon as possible. Additionally, the tooth and jaw need to be biopsied which necessitates the services of an oral surgeon, none of whom have a confirmed opening this week. Additionally, I am scheduled to commence a one week trial, United States v. vanVliet, before (Gertner, J.) on the January 17, 2006. At this time, my dentist has requested that I remain on standby status for a surgical cancellation/opening for the remainder of the week.

                                                          The defendant,
                                                          DONNA FARRELL
                                                          By her attorney,

                                                          '/s/Walter H. Underhill, Esquire'
                                                          Walter H. Underhill, Esq.
                                                          66 Long Wharf
                                                          Boston, MA
                                                          02110
                                                          4th. Floor
                                                          Tel. # 617-523-5858
                                                          B.B.O. # 506300

## *SPEEDY TRIAL WAIVER*

The defendant agrees that the time from and including January 13, 2006 until the next scheduled hearing set by the Court is excludable time under the Speedy Trial Act and hereby waives said time.

SIGNED:     '/s/Walter H. Underhill, Esquire'
            WALTER H. UNDERHILL, ESQ.

DATE:                January 9, 2006

## RULE 7.1 CERTIFICATION

The parties have not conferred on this motion. AUSA Donald Cabel has been notified and I do not expect any objection under the circumstances, however, I cannot represent his official position on this motion at this time.

SIGNED:     '/s/Walter H. Underhill, Esquire'

DATE:            January 9, 2006