UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-40028–FDS |
| | ) | |
| V. | ) | |
| | ) | |
| DONNA FARRELL | ) | |

MOTION TO CONTINUE STATUS CONFERENCE

    Now comes the defendant, Donna Farrell, through and by her attorney and moves that sentencing in this matter, currently scheduled for June 26, 2006 be continued until August of 2006.

    In support of this motion the defendant states that on April 15, 2006 her husband Michael Farrell died. Her probation interview was scheduled for April 20, 2006, the same day as Mr. Farrell's wake. As such the defendant and probation are currently rescheduling the interview and ask for the sentencing to be continued until August in order to allow probation the additional time to properly prepare the presentence report.

> The defendant,
> DONNA FARRELL
> By her attorney,
>
> '/s/Walter H. Underhill, Esquire'
> Walter H. Underhill, Esq.
> 66 Long Wharf
> Boston, MA
> 02110
> 4th. Floor
> Tel. # 617-523-5858
> B.B.O. # 506300

RULE 7.1 CERTIFICATION

  The parties have conferred on this motion. AUSA Donald Cabel assents to this motion.

SIGNED:  '/s/Walter H. Underhill, Esquire'

DATE:  May 9, 2006

CERTIFICATE OF SERVICE

  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and no paper copies need be sent to any non registered participants.

SIGNED:  '/s/Walter H. Underhill, Esquire'
      WALTER H. UNDERHILL, ESQ.

DATE:  May 9, 2006