UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-40028–FDS |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| DONNA FARRELL | ) | |

ASSENTED MOTION TO CONTINUE SENTENCING

Now comes the defendant, Donna Farrell, through and by her attorney and moves that sentencing in this matter, currently scheduled for August 10, 2006 be continued for a date convenient to the Court and the parties.

In support of this motion the defendant's counsel states that the Probation Department mailed the defendant's presentence report on July 6, 2006 with fourteen days to respond with objections. Defense counsel did not receive the report until Monday July 17, 2006 as a result of a mail delivery problem at his office. (See Affidavit of Nicole Dibella file with this motion.) Additionally, counsel was on vacation during this time and is unable to file his objections within the time limit required.

This motion is assented to by AUSA Donald Cabel.

The defendant,
DONNA FARRELL
By her attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

RULE 7.1 CERTIFICATION

  The parties have conferred on this motion and AUSA Donald Cabel assents to this motion.

SIGNED: '/s/Walter H. Underhill, Esquire'

DATE:   July 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED: '/s/Walter H. Underhill, Esquire'
     WALTER H. UNDERHILL, ESQ.

DATE:   July 25, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04CR0028

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| DONNA FARRELL | ) |

### AFFIDAVIT OF NICOLE M. DIBELLA

I, NICOLE M. DIBELLA, being first duly sworn upon oath, depose and state as follows:

1. My name is NICOLE M. DIBELLA.

2. I am responsible for opening the mail at the Law Offices of Walter H. Underhill.

3. On Monday, July 17, 2006 I opened all of the mail delivered to The Law Offices of Walter H. Underhill, 66 Long Wharf, Boston, MA 02110.

4. On Monday, July 17, 2006 I opened the envelope from the United States District Court, Donohue Federal Building, 595 Main Street, Room 302, Worcester, MA, 01608-2076 postdated July 6, 2006 (See Attachment "A").  Enclosed in this envelope were correspondence and a pre-sentence report sent on July 6, 2006 by Kelly Foster, U.S. Probation Officer.

5. Monday, July 17, 2006 was the day this letter and pre-sentence report arrived at the Law Offices of Walter H. Underhill, Esq., 66 Long Wharf, Boston, MA 02110.

6. On Monday July 17, 2006, on or about 3:30 p.m., I called the United States Postal Service to file a complaint regarding the delay in mail service. I filed the complaint with Bob Edwards at the Carrier Department, (617) 654-5302.

7. Mr. Edwards stated that the regular postal carrier was on vacation, but if I copied the envelopes and gave them to the carrier tomorrow, he would look into this matter. He asked that I call him on Wednesday, July 19, 2006 for an answer as to why mail to the Law Offices of Walter H. Underhill was delayed.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17TH DAY OF JULY 2006.

_____
Nicole M. DiBella