UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04-40028–FDS |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| DONNA FARRELL ) | |

**DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM AS TO 3553 (a) FACTORS BEYOND THE TIME SPECIFIED IN THE SENTENCING PROCEDURAL ORDER**

Now comes the defendant, Donna Farrell, by and through her attorney and requests this Honorable Court to allow the defendant to file the Defendant's DEFENDANT'S SENTENCING MEMORANDUM AS TO 3553 (a) FACTORS beyond the time specified in the Court's Sentencing Procedural Order.

In support of this motion the defendant's counsel states that he recently reviewed the Court's sentencing order and realized that the Court wanted any memorandum addressing 18 U.S.C. 3553 (a) sentencing issues to be filed within fourteen days of the receipt of the Initial PSI. Counsel inadvertently overlooked this when he originally reviewed the sentencing order and respectfully asks this Honorable Court to accept his submissions on the grounds that earlier submission was not done by inadvertence and mistake. Counsel would have not intentionally ignored this requirement and apologizes to the Court for this late submission.

DATED: 9/6/06

By his attorney,

'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:    '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.

DATE:      September 6, 2006

RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government Donald Cabel, Esquire.

SIGNED:    '/s/Walter H. Underhill, Esquire'

DATE:      September 6, 2006