UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 04-40028–FDS |
| | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| DONNA FARRELL | ) | |

MOTION TO CONTINUE SENTENCING

Now comes the defendant, Donna Farrell, through and by her attorney and moves that sentencing in this matter, currently scheduled for September 20, 2006 be continued.

In support of this motion the defendant states that defense counsel has been informed that the AUSA Donald Cabel is unable to be present at sentencing on September 20, 2006 due to unexpected personal issues requiring his spouse to be out of town and making him unavailable to be present on that date. The defendant's counsel and AUSA Cabel have had extensive discussions and negotiations in this matter and defense counsel requests that this sentencing be continued to assure his presence at sentencing.

       The defendant,
       DONNA FARRELL
       By her attorney,


'/s/Walter H. Underhill, Esquire'
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300


## RULE 7.1 CERTIFICATION

The parties have conferred on this motion. AUSA Donald Cabel assents to this motion.

SIGNED:    '/s/Walter H. Underhill, Esquire'

DATE:    September 18, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and no paper copies need be sent to any non registered participants.

SIGNED:    '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.

DATE:    September 18, 2006